

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| The City of El Paso, | § | No. 08-18-00216-CV |
| Appellant, | § | Appeal from the |
| v. | § | County court at Law No. 5 |
| Guadalupe Ramirez, Norma Ramirez, | § | of El Paso County, Texas |
| Ramirez Pecan Farms, LLC, William H. Boutwell, Jackie Boutwell, Raul | § | (TC# 2007-2568) |
| Zamorano, Jr., Amy K. Zamorano, Patricia Wynn, Individually and as Trustee of the | § | |
| Wynn Family Living Trust, Larry R. Webb, Maria L. Webb, James R. Raley, | § | |
| Yariela G. Raley, Russell T. Sturgeon, Kerry L. Sturgeon, Kenneth A. Johnson | § | |
| and Julie R. Johnson, | § | |
| Appellees. | § | |
| | § | |

# **O R D E R**

The Court GRANTS the unopposed motion to reset the October 8, 2019 submission and oral argument setting. The above styled and numbered cause will be rescheduled at a later date.

IT IS SO ORDERED this 21st day of August, 2019.

PER CURIAM

Before Rodriguez, J., Palafox, J. and Larsen, J. (Senior Judge)
Larsen, J. (Senior Judge), sitting by assignment